AO 436 (Rev. 12/04)

Administrative Office of the United States Courts

# CD/TAPE ORDER

Read Instructions on Next Page.

| | | |
|---|---|---|
| 1. NAME<br>AFPD Eleonora Marranzini | 2. PHONE NUMBER<br>(787) 281-4922 | 3. DATE<br>2/13/2020 |
| 4. MAILING ADDRESS<br>241 F.D. Roosevelt Ave. | 5. CITY<br>San Juan | 6. STATE  7. ZIP CODE<br>P.R.        00918 |
| 8. CASE NUMBER<br>20-069 (MDM) | 9. CASE NAME<br>U.S. v. Rodriguez-Garcia | DATES OF PROCEEDINGS<br>10. FROM  2/7/2020    11. TO |
| 12. PRESIDING JUDGE<br>Magistrate Marshall D. Morgan | | LOCATION OF PROCEEDINGS<br>13. CITY San Juan   14. STATE P.R. |

15. ORDER FOR

- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TAPE REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate cd/tape(s) are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify)<br>Preliminary Hearing | 02/07/2020 (Dkt. 53) |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| [ ] REFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER AT 1-7/8 INCHES PER SECOND | | |
| [ ] UNREFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A 4-TRACK CASSETTE RECORDER AT 1-7/8 INCHES PER SECOND | | |
| [ ] UNREFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A 4-TRACK CASSETTE RECORDER AT 15/16 INCHES PER SECOND | | |
| [x] RECORDABLE COMPACT DISC - CD | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE /s/ | 19. DATE 2/13/2020 | |
| PROCESSED BY | PHONE NUMBER | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE | | | TOTAL REFUNDED | |
| PARTY RECEIVED TAPE / CD | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   ORDER RECEIPT   ORDER COPY