IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>**Escobar-Ramos et al.,**<br><br>Defendants. | CRIMINAL NO. 20-92 (PAD) |

**THE UNITED STATES'**
**INFORMATIVE MOTION REGARDING CASE STATUS**

TO THE HONORABLE COURT:

COMES NOW the United States of America by and through the undersigned attorneys and before this Honorable Court very respectfully states and prays as follows:

1. The parties have negotiated a plea agreement consistent with United States Attorney's Office directives for these types of cases.

2. The undersigned counsel understand that this Honorable Court is not accepting plea agreements structure in the manner that the parties have agreed to.

3. We request additional time to find an alternative resolution.

**WHEREFORE,** the United States of America respectfully requests that this Honorable Court take notice of the foregoing and grants additional time.

**RESPECTFULLY SUBMITTED**,

In San Juan, Puerto Rico, on October 28, 2021.

                W. Stephen Muldrow
                United States Attorney

                */s/ Camille García-Jiménez*
                Camille García-Jiménez-G02602
                Assistant United States Attorney
                United States Attorney's Office
                Torre Chardón, Suite 1201
                350 Carlos Chardón Street
                San Juan, Puerto Rico 00918
                Email: Camille.garcia@usdoj.gov
                Tel. (787) 766-5656

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                */s/ Camille García-Jiménez*
                Camille García-Jiménez-G02602
                Assistant United States Attorney