# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

STEVEN MICHAEL RODRIGUEZ-GARCIA (3)

**CASE NO.** 3:20-CR-00092-3 (PAD)

USM # 44515-069

## JUDGMENT OF DISMISSAL

Defendant STEVEN MICHAEL RODRIGUEZ-GARCIA (3) has been charged with the offense(s) of:

21:846, 841(a)(1) and (b)(1)(A)(ii) - Conspiracy to possess with intent to distribute a controlled substance (COUNT ONE)

21:841(a)(1), (b)(1)(A)(ii), and 18:2 - Possession with intent to distribute a controlled substance; aiding and abetting (COUNT TWO)

It is hereby ORDERED and ADJUDGED that the case against this defendant be DISMISSED for the reason set forth below:

[X] The Court has granted the motion of the government for dismissal with prejudice, _____, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

[ ] The Court has dismissed the charges without prejudice, _____ for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

[ ] The Court has dismissed the charges **without prejudice**, as defendant remains fugitive.

[ ] The Court has dismissed the charges due to defendant's death.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on May 19, 2022.

s/ Pedro A. Delgado-Hernández
United States District Judge

DPR Forms. Rev. Feb. 2016